UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER K. CONK,<br><br>　　　　　Defendant. | Case No. 1:11-cr-00279-BLW<br><br>REPORT AND<br>RECOMMENDATION |

On December 8, 2011, Defendant CHRISTOPHER K. CONK appeared before the undersigned United States Magistrate Judge to enter a guilty plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take his guilty plea, and waived indictment on the charges contained in the Information. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Information (Dkt. 1), the maximum penalties applicable, his constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the plea hearing and having inquired of the Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

REPORT AND RECOMMENDATION - 1

consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

RECOMMENDATION

NOW THEREFORE IT IS HEREBY RECOMMENDED:

1)      The District Court accept Defendant CHRISTOPHER K. CONK's plea of guilty to Counts One, Two, and Three of the Information (Dkt. 1).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

Dated: **December 08, 2011**

Honorable Candy W. Dale
United States Magistrate Judge