# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA  
v.  
CHRISTOPHER CONK

*WARRANT FOR ARREST*

CASE NUMBER: 1:11-cr-279-BLW

To: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CHRISTOPHER CONK** and bring forthwith to the nearest magistrate to answer **PETITION ON PROBATION** charging with the below listed violation.

Violation of the terms and conditions of Probation



United States Courts  
District of Idaho  
**ISSUED**  
Sunny Trumbull  
on Jan 28, 2014 12:09 pm

Sunny Trumbull (digitally signed)

/s/ Sunny Trumbull, Deputy Clerk  
Name and Title of Issuing Officer

January 28, 2014  
Date

---

### RETURN

This warrant was received  01/28/2014  and executed with the arrest of the above-named individual at _____.

---

Signature of Arresting Officer

Name & Title of Arresting Officer

Date of Arrest

03/28/2014: Subject received off of detainer filed at Miami FDC (BOP), S-D/FL.

SB